## LONGORIA v. DELAWARE.

No. 219, Misc.   Decided October 9, 1961.

Appellant *pro se.*

*Clement C. Wood,* Chief Deputy Attorney General of Delaware, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## McLAIN v. CALIFORNIA.

No. 129, Misc.   Decided October 9, 1961.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.